Steven J. Corr (State Bar No. 216243)
sjcorr@jonesday.com
Jonathan McNeal Smith (State Bar No. 292285)
jonathansmith@jonesday.com
Jones Day
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Tel: (213) 489-3939
Fax: (213) 243-2539

William E. Devitt (*Pro Hac Vice* to be filed)
wdevitt@jonesday.com
Matthew J. Hertko (*Pro Hac Vice* to be filed)
mhertko@jonesday.com
JONES DAY
77 W. Wacker Drive
Suite 3500
Chicago, IL 60601
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585

*Attorneys for Plaintiff Epson America, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN PATENTS LLC, <br><br> Defendants. | CASE NO. 8:21-cv-02102 <br><br> **PLAINTIFF EPSON AMERICA, INC.'S NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)** |

The undersigned, counsel of record for Plaintiff Epson America, Inc., certifies that the parties identified below may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Plaintiff Epson America, Inc. is 100% owned by U.S. Epson, Inc. U.S. Epson, Inc. is 100% owned by Seiko Epson Corporation, which is a publicly-held Japanese corporation that is traded on the Tokyo Stock Exchange.

Dated: December 21, 2021

Respectfully submitted,

 */s/ Steven J. Corr*
Steven J. Corr
sjcorr@jonesday.com
Jonathan McNeal Smith
jonathansmith@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Tel: (213) 489-3939
Fax: (213) 243-2539

William E. Devitt
wdevitt@jonesday.com
Matthew J. Hertko
mhertko@jonesday.com
JONES DAY
77 W. Wacker Drive
Suite 3500
Chicago, IL 60601
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585

*Counsel for Plaintiff*
*Epson America, Inc.*