Steven W. Ritcheson (State Bar No. 174062)
swritcheson@insightplc.com
INSIGHT PLC
578 Washington Blvd., #503
Marina del Ray, CA 90292
(424) 289-9191

Matthew J. Antonelli (*Pro Hac Vice* to be filed)
matt@ahtlawfirm.com
Zachariah S. Harrington (*Pro Hac Vice* to be filed)
zac@ahtlawfirm.com
Larry D. Thompson, Jr. (*Pro Hac Vice* to be filed)
larry@ahtlawfirm.com
C. Ryan Pinckney (*Pro Hac Vice* to be filed)
ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

*Attorneys for Defendant American Patents LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Epson America, Inc.,<br><br>            Plaintiff,<br><br>     v.<br><br>American Patents LLC,<br><br>            Defendant. | Case No.   8:21-cv-02102-DOC (ADSx)<br><br>**NOTICE OF UNOPPOSED APPLICATION AND UNOPPOSED APPLICATION FOR LEAVE TO FILE DEFENDANT'S MOTION TO DISMISS (DOCKET NO. 16) ONE DAY LATE DUE TO CM/ECF UNAVAILABILITY (L.R. 5-4.6.2)**<br><br>JUDGE:  DAVID O. CARTER<br>HEARING DATE:  April 21, 2022<br>TIME: 8:30 a.m.<br>CRTRM:  9D |

1
NOTICE OF APPLICATION AND APPLICATION FOR LEAVE TO FILE MOTION TO DISMISS
(DOCKET NO. 16) ONE DAY LATE DUE TO CM/ECF UNAVAILABILITY (L.R. 5-4.6.2)
Case No. 8:21-cv-02102-DOC (ADSx)

**TO THE COURT, THE PARTIES, AND COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that, pursuant to Local Rule L.R. 5-4.6.2, Defendant American Patents LLC will and does apply for Leave to File its Motion to Dismiss (Docket No. 16) One Day Late due to CM/ECF Unavailability (L.R. 5-4.6.2).

The Application is made on the grounds that the CM/ECF system was not functioning for a period of time during March 11, 2022, when Defendant attempted to file the Motion. Defendant successfully filed the Motion on March 12, 2022. Docket No. 16.

The parties conferred by email on March 11, 2022. Counsel for plaintiff indicated that plaintiff will not oppose this application.

This application is based on this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Steven W. Ritcheson filed herewith, the pleadings and papers on file in this matter, and the arguments of counsel at any hearing on this application.

                                                                Respectfully submitted,

March 13, 2022                            INSIGHT, PLC

                                                                By */s/ Steve W. Ritcheson*
                                                                  Steven W. Ritcheson (SBN 174062)
                                                                  Attorneys for American Patents LLC

## MEMORANDUM OF POINTS AND AUTHORITIES

By this Application, under Local Rule L.R. 5-4.6.2, Defendant American Patents LLC respectfully requests leave to file its Motion to Dismiss Under Fed. R. Civ. P. 12(b)(2) for Lack of Personal Jurisdiction or, in the Alternative, to Dismiss, Stay or to Transfer to the Eastern District of Texas Under the First-to-File Rule (Docket No. 16) one day late due to CM/ECF unavailability.

Defendant made several failed attempts to file its Motion to Dismiss electronically on March 11, 2022. This Application relies on the Declaration of Steven W. Ritcheson filed herewith.

Specifically, on Friday, March 11, 2022, Defendant attempted to file its Motion to Dismiss through the Court's CM/ECF electronic filing. Defendant attempted to file the document on March 11 several times between 11:00 AM PST and 5:00 PM PST. *See* Declaration of Steven W. Ritcheson. Defendant was not able to successfully file the Motion at any point on March 11, 2014. *Id*.

Defendant successfully filed and served the Motion through the CM/ECF system on Saturday, March 12, 2022. (Docket No. 16).

Defendant respectfully requests leave to file its Motion to Dismiss one day late (on March 12, 2022) as a result of CM/ECF Unavailability.

Respectfully submitted,

March 13, 2022

INSIGHT, PLC
By */s/ Steven W. Ritcheson*
Steven W. Ritcheson (SBN 174062)
Attorneys for American Patents LLC