1  Steven J. Corr (State Bar No. 216243)
   sjcorr@jonesday.com
2  Jonathan McNeal Smith (State Bar No. 292285)
   jonathansmith@jonesday.com
3  JONES DAY
   555 South Flower Street
4  Fiftieth Floor
   Los Angeles, CA  90071.2452
5  Telephone:  +1.213.489.3939
   Facsimile:   +1.213.243.2539
6

7  William E. Devitt (Pro Hac Vice to be filed)
   wdevitt@jonesday.com
8  Matthew J. Hertko (Pro Hac Vice to be filed)
   mhertko@jonesday.com
9  JONES DAY
   77 West Wacker
10 Suite 3500
   Chicago, IL  60601.1692
11 Telephone:  +1.312.782.3939
   Facsimile:   +1.312.782.8585
12

13 *Attorneys for Plaintiff Epson America, Inc.*

14
   *Additional counsel listed on following page*
15

16                UNITED STATES DISTRICT COURT
17                CENTRAL DISTRICT OF CALIFORNIA
18                       SOUTHERN DIVISION
19

| Epson America, Inc., | Case No.   8:21-cv-02102-DOC-ADS |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO CONTINUE THE HEARING ON AMERICAN PATENTS LLC'S MOTION TO DISMISS** |
| v. | |
| American Patents LLC, | |
| Defendant. | |

1
JOINT STIPULATION TO CONTINUE THE HEARING ON AMERICAN PATENTS LLC'S
MOTION TO DISMISS

1 | Steve W. Ritcheson (State Bar No. 174062)
  | switcheson@insightplc.com
2 | INSIGHT PLC
  | 578 Washington Blvd., #503
3 | Marina del Ray, CA 90292
  | (424) 289-9191
4 |
5 | Matthew J. Antonelli (*Pro Hac Vice* to be filed)
  | matt@ahtlawfirm.com
  | Zachariah S. Harrington (*Pro Hac Vice* to be filed)
6 | zac@ahtlawfirm.com
  | Larry D. Thompson, Jr. (*Pro Hac Vice* to be filed)
7 | larry@ahtlawfirm.com
  | C. Ryan Pinckney (*Pro Hac Vice* to be filed)
8 | ryan@ahtlawfirm.com
  | ANTONELLI, HARRINGTON
9 | & THOMPSON LLP
  | 4306 Yoakum Blvd., Ste. 450
10 | Houston, TX 77006
   | (713) 581-3000
11 |
12 | *Attorneys for Defendant American Patents LLC*

Plaintiff Epson America, Inc. and Defendant American Patents LLC submit this joint stipulation to continue the hearing on American Patents LLC's Motion to Dismiss (Dkt. No. 16):

WHEREAS, American Patents LLC responded to Epson America, Inc.'s complaint by filing a motion to dismiss on March 12, 2022, with a noticed hearing date of April 18, 2022;

WHEREAS, the parties filed, and the Court entered, a stipulation continuing the hearing on the motion to dismiss to May 23, 2022, in view of the parties' agreement in principle on a settlement and desire to work through the details of a final settlement agreement without devoting resources to preparing opposition and reply papers (Dkt. Nos. 20 & 21);

WHEREAS, the parties have been diligently working toward finalizing their settlement agreement and are close to resolution on all issues;

WHEREAS, the parties would benefit from additional time to finalize the few remaining details of their settlement agreement without devoting resources to preparing opposition and reply papers;

WHEREAS, the deadline for Epson America, Inc.'s opposition to the motion to dismiss is currently May 2, 2022, and the deadline for American Patents LLC's reply is currently May 9, 2022;

WHEREAS, the parties seek to conserve their own and the Court's resources.

Accordingly, Plaintiff Epson America, Inc. and Defendant American Patents LLC, subject to approval of the Court, hereby agree to continue the hearing on American Patents LLC's Motion to Dismiss until June 27, 2022. The parties further agree that, pursuant to Local Rule 7-11, the deadline for Epson America, Inc.'s opposition to American Patents LLC's Motion to Dismiss be moved to June 6, 2022, and the deadline for American Patents LLC's reply be moved to June 13, 2022. A Proposed Order Granting the Joint Stipulation to Continue the Hearing on

American Patents LLC's Motion to Dismiss is being submitted with this Stipulation.

April 27, 2022              JONES DAY

                            By /s/  Steven J. Corr
                            Steven J. Corr
                            Attorneys for Epson America, Inc.

April 27, 2022              INSIGHT, PLC

                            By /s/  Steve W. Ritcheson
                            Steve W. Ritcheson (SBN 174062)
                            Attorneys for American Patents LLC

## ATTESTATION

In accordance with Civil Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: April 27, 2022            By: /s/  Steven J. Corr
                                 Steven J. Corr