**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Epson America, Inc., <br><br> Plaintiff, <br><br> v. <br><br> American Patents LLC, <br><br> Defendant. | Case No.   8:21-cv-02102-DOC-ADS <br><br> **ORDER ON JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41 [24]** |

On June 1, 2022, the parties filed a Joint Stipulation of Dismissal Pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS HEREBY ORDERED:

1. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action is DISMISSED WITH PREJUDICE.
2. Each party is responsible for its own attorneys' fees, costs, and expenses in this case.

**IT IS SO ORDERED.**

Dated: June 2, 2022

*David O. Carter*

HONORABLE DAVID O. CARTER

United States District Court Judge

- 1 -

ORDER ON JOINT STIP. OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41